# ELECTRONIC RECORD

964-15

COA #  05-14-00985-CR                OFFENSE: 29.03

STYLE: Oczaveone Jackson v. The State of Texas          COUNTY: Dallas

COA DISPOSITION:    AFFIRMED          TRIAL COURT: Criminal District Court No. 6

DATE: 06/25/15          Publish: NO    TC CASE #:    F-1260601-X

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Oczaveone Jackson v. The State of Texas          CCA #: 964-15

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: __11/04/2015__          SIGNED: _____    PC: _____

JUDGE: ___[signature]___          PUBLISH: _____    DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD